UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DARREN MICHAEL COLEMAN, : | |
| : | |
| Plaintiff, : | Civ. No. 16-5152 (RBK) (AMD) |
| : | |
| v. : | |
| : | |
| CAMDEN COUNTY JAIL, : | **MEMORANDUM AND ORDER** |
| : | |
| Defendant. : | |
| : | |

    Plaintiff is proceeding *pro se* with a civil rights complaint filed pursuant to 42 U.S.C. § 1983. Petitioner is no longer incarcerated, but his complaint relates to his incarceration while at the Camden County Jail in 2002 and 2003. He has brought an application to proceed *in forma pauperis* as a non-prisoner. This Court will deny plaintiff's application to proceed *in forma pauperis* without prejudice. Despite not being a prisoner, plaintiff has stated for every single item on the *in forma pauperis* form that income sources are not applicable. This Court finds such "N/A" designation insufficient. If petitioner has no income sources, he must specifically state in each box a "0" designation, as opposed to his "N/A" designation on the entire form itself. Additionally, plaintiff must fill out the forms other sections rather than simply writing "N/A" in each and every section. Only then can this Court determine whether he is indigent and therefore entitled to *in forma pauperis* status.

    Accordingly, IT IS this  29th  day of August, 2016,

    ORDERED that plaintiff's application to proceed *in forma pauperis* is denied without prejudice; and it is further

    ORDERED that the Clerk shall administratively terminate this case; plaintiff is informed that administrative termination is not a "dismissal" for purposes of the statute of limitations, and

that if the case is reopened, it is not subject to the statute of limitations time bar provided the original complaint was timely; and it is further

ORDERED that plaintiff may have the above entitled case reopened, if, within thirty (30) days of the date of the entry of this Order, plaintiff either pre-pays the $400 filing fee **or** submits to the Clerk a complete signed *in forma pauperis* application; and it is further

ORDERED that upon receipt of a writing from plaintiff stating that he wishes to reopen this case, and either a complete *in forma pauperis* application or filing fee within the time allotted by this Court, the Clerk will be directed to reopen this case; and it is further

ORDERED that the Clerk shall serve on plaintiff by regular U.S. mail: (1) this Order; and (2) a blank form application to proceed *in forma pauperis* by a non-prisoner in a civil rights case.

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge